# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCRETIA CULPEPPER, | Case No.: 1:18-cv-01563 LJO JLT |
| Plaintiff, | ORDER TRANSFERRING THIS ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA |
| vs. | |
| WALMART, INC., | |
| Defendant. | |

The Court ordered the parties to show cause why the action should not be transferred to the Central District of California. (Doc. 5) The Court noted that the plaintiff alleged that she suffered discrimination while working at two Walmart stores in Lancaster, California. (Doc. 1-1 at 5-10) The Court noted also that Lancaster is located in Los Angeles County, which is within the boundaries of the Central District of California. Consequently, it appeared to the Court that the matter should be transferred. (See 28 U.S.C. § 1391(a).)

///
///
///
///
///

1

The parties filed a stipulation indicating that the matter should be transferred to the Central District of California. (Doc. 6) Because all of the events occurred in the Central District of California, the Court **ORDERS** that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: **February 22, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE