JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lacretia Culpepper,<br><br>        Plaintiff,<br><br>v.<br><br>Walmart, Inc.,<br><br>        Defendant. | Case No. CV 19-01352-AB (MRWx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 10, 2019 _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE